# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Robert B Gousset | § | Case No. 15-40340 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/25/2015. The undersigned trustee was appointed on 11/25/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 27,798.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 5,328.75 |
| Bank service fees | | 250.96 |
| Other payments to creditors | | 6,000.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 16,218.29 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/06/2016 and the deadline for filing governmental claims was 05/06/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,529.80 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,529.80 , for a total compensation of $ 3,529.80 $^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 24.70 , for total expenses of $ 24.70 $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/10/2017              By:/s/Zane L. Zielinski, Trustee
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-40340 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Robert B Gousset | | | | Date Filed (f) or Converted (c): | 11/25/2015 (f) |
| | | | | | 341(a) Meeting Date: | 12/21/2015 |
| For Period Ending: | 07/10/2017 | | | | Claims Bar Date: | 05/06/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Pnc Bank Checking Account - Proceeds From Sale Of Debtor's P | 10,575.00 | 0.00 | | 0.00 | FA |
| 2. Checking - Chase | 1,644.00 | 0.00 | | 0.00 | FA |
| 3. Business Bank Account | 1,310.00 | 0.00 | | 0.00 | FA |
| 4. Buisness Savings | 1,002.93 | 0.00 | | 0.00 | FA |
| 5. Paypal Account | 492.00 | 0.00 | | 0.00 | FA |
| 6. Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8. 2 Whole Life Policy - Wife And Dependant Son Are Listed As B | 22,105.00 | 0.00 | | 0.00 | FA |
| 9. Brokerage Acct - Ameritrade | 100.00 | 0.00 | | 0.00 | FA |
| 10. Gousset Industries, Inc Dba Mr. Transmission: Business Owns | 0.00 | 12,000.00 | | 12,000.00 | FA |
| 11. 2013 Mecedes C300 | 18,900.00 | 7,300.00 | | 7,300.00 | FA |
| 12. 2005 Honda Pilot Mileage On Vehicle In Excess Of 150,000. | 3,400.00 | 2,500.00 | | 2,500.00 | FA |
| 13. 1997 Bmw 325Ic Mileage 110,000 | 1,366.00 | 200.00 | | 200.00 | FA |
| 14. 2003 Suzuki 650 Motorcycle | 1,000.00 | 1,500.00 | | 1,500.00 | FA |
| 15. Blue Green Vacations Timeshare | 1.00 | 0.00 | | 0.00 | FA |
| 16. Preference Claims against Chase (u) | 0.00 | 4,298.00 | | 4,298.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $64,395.93 | $27,798.00 | | $27,798.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Case 15-40340    Doc 51    Filed 07/11/17    Entered 07/11/17 14:46:28    Desc Main
              Document      Page 4 of 14

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing tax returns.

Exhibit A

Initial Projected Date of Final Report (TFR): 01/31/2017     Current Projected Date of Final Report (TFR): 01/31/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-40340 | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|
| Case Name: | Robert B Gousset | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4495 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3397 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/10/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/10/16 | 10 | Jaykay Investments, Inc.<br>Cashier's Check | Sale of Assets Payment | 1129-000 | $12,000.00 | | $12,000.00 |
| 02/11/16 | 11 | Robert Gousset<br>PNC Bank Cashier's check | Payment for Cars | 1129-000 | $2,500.00 | | $14,500.00 |
| 02/23/16 | 5001 | JP Morgan Chase Bank NA<br>Donna M. Latus<br>Special Credits Analyst<br>JPMorgan Chase Bank NA<br>Business Banking Portfolio Management Center<br>PO Box 29550 AZ1-1024 Phoenix AZ 85038 | Secured Claim Payment | 4210-000 | | $6,000.00 | $8,500.00 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.51 | $8,487.49 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.21 | $8,472.28 |
| 04/08/16 | 5002 | Chuhak & Tecson,<br>30 South Wacker Drive Suite 2600<br>Chicago, Illinois 60606 | First Interim Fees | | | $5,178.82 | $3,293.46 |
| | | Chuhak & Tecson, | ($5,115.00) | 3210-000 | | | |
| | | Chuhak & Tecson, | ($63.82) | 3220-000 | | | |
| 04/12/16 | | American Auction Associates, Inc.<br>508 West Brittany Drive<br>Arlington Heights, IL | Auctioneer Expenses | | $1,355.47 | | $4,648.93 |
| | | | Gross Receipts $1,500.00 | | | | |
| | | American Auction Associates<br>508 West Brittany Drive<br>Arlington Heights, IL 60004 | Auctioneer Expenses ($144.53) | 3620-000 | | | |
| | 14 | | 2003 Suzuki 650 Motorcycle $1,500.00 | 1129-000 | | | |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,638.93 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | Page Subtotals: | $15,855.47 | $11,216.54 |
|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-40340 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Robert B Gousset | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4495 |
| | Checking |
| Taxpayer ID No: XX-XXX3397 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/10/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,628.93 |
| 07/07/16 | 16 | JP Morgan chase 1111 Polaris Parkway, Floor 1N Columbus, OH 43240 | Preference Settlement Settlement with JP Morgan Chase | 1241-000 | $4,298.00 | | $8,926.93 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $8,916.93 |
| 07/20/16 | 12 | Robert Gousset | Sale of Assets Payment | 1129-000 | $2,500.00 | | $11,416.93 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.86 | $11,404.07 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.95 | $11,387.12 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.38 | $11,370.74 |
| 10/11/16 | 13 | Robert Gousset | Payment for Cars | 1129-000 | $200.00 | | $11,570.74 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.11 | $11,553.63 |
| 11/14/16 | 11 | Robert Gousset | Settlement Paymen | 1129-000 | $200.00 | | $11,753.63 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.78 | $11,736.85 |
| 01/03/17 | 11 | Robert Gousset 2401 Madera Lane Naperville, IL 60565 | Payment for Car | 1129-000 | $200.00 | | $11,936.85 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.45 | $11,919.40 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*     Page Subtotals:     $7,398.00     $117.53

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-40340 | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- |
| Case Name: | Robert B Gousset | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4495 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3397 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/10/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.68 | $11,901.72 |
| 02/28/17 | 5003 | International Sureties, LTD. Suite 420 701 Pydras Street New Orleans, LA 70139 | 2017 Bond Payment | 2300-000 | | $5.40 | $11,896.32 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.98 | $11,880.34 |
| 03/20/17 | 11 | Robert B. Gousset 2401 Madera Lane Naperville, IL 60565 | Settlement Payment | 1129-000 | $440.00 | | $12,320.34 |
| 04/06/17 | 11 | Robert Gousset 2401 Madera Lane Naperville, IL 60565-8873 | Settlement Payment | 1129-000 | $2,500.00 | | $14,820.34 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.87 | $14,802.47 |
| 04/14/17 | 11 | Robert Gousset 2401 Madera Lane Naperville, IL 60565-8873 | Settlement Payment | 1129-000 | $500.00 | | $15,302.47 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.91 | $15,281.56 |
| 05/08/17 | 11 | Robert Gousset 2401 Madera LN Naperville, IL 60565-8873 | Final Payment | 1129-000 | $500.00 | | $15,781.56 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.27 | $15,758.29 |
| 06/19/17 | 11 | Robert Goussett | Settlement Payment | 1129-000 | $460.00 | | $16,218.29 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $27,653.47 | $11,435.18 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $4,400.00 | $101.11 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

| | | |
|---|---:|---:|
| Subtotal | $27,653.47 | $11,435.18 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $27,653.47 | $11,435.18 |

Exhibit B

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4495 - Checking | $27,653.47 | $11,435.18 | $16,218.29 |
|  | $27,653.47 | $11,435.18 | $16,218.29 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $144.53 |
| Total Net Deposits: | $27,653.47 |
| Total Gross Receipts: | $27,798.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-40340  
Debtor Name: Robert B Gousset  
Claims Bar Date: 5/6/2016  

Date: July 11, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $3,529.80 | $3,529.80 |
| 100 2200 | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $24.70 | $24.70 |
| 100 3110 | Chuhak & Tecson<br>30 South Wacker Drive Suite 2600<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $2,435.00 | $2,435.00 |
| 100 3210 | Chuhak & Tecson<br>30 South Wacker Drive Suite 2600<br>Chicago, Illinois 60606 | Administrative | First interim fee's approved by Court order on April 1, 2016, docketed on April 5, 2016. | $0.00 | $5,115.00 | $5,115.00 |
| 100 3220 | Chuhak & Tecson<br>30 South Wacker Drive Suite 2600<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $63.82 | $63.82 |
| 100 3220 | Chuhak & Tecson<br>30 South Wacker Drive Suite 2600<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $18.20 | $18.20 |
| 100 3410 | Alan D. Lasko & Associates P.C. | Administrative | | $0.00 | $2,144.77 | $2,144.77 |
| 100 3420 | Alan D. Lasko & Associates P.C. | Administrative | | $0.00 | $45.34 | $45.34 |
| 100 3620 | American Auction Associates<br>508 West Brittany Drive<br>Arlington Heights, IL 60004 | Administrative | Auctioneer Expenses related to sale to Steven Brody. | $0.00 | $144.53 | $144.53 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-40340  
Debtor Name: Robert B Gousset  
Claims Bar Date: 5/6/2016  

Date: July 11, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>350<br>7200 | Jayk"s Building Llc<br>1680 Theodore Street<br>Crest Hill, Il 60403 | Unsecured | | $0.00 | $21,559.95 | $21,559.95 |
| S<br>400<br>4210 | JP Morgan Chase Bank NA<br>Donna M. Latus<br>Special Credits Analyst<br>JPMorgan Chase Bank NA<br>Business Banking Portfolio<br>Management Center<br>PO Box 29550 AZ1-1024  Phoenix<br>AZ 85038 | Secured | | $0.00 | $6,000.00 | $6,000.00 |
| | Case Totals | | | $0.00 | $41,081.11 | $41,081.11 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-40340
Case Name: Robert B Gousset
Trustee Name: Zane L. Zielinski, Trustee

Balance on hand $ 16,218.29

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| S | JP Morgan Chase Bank NA | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 16,218.29

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 3,529.80 | $ 0.00 | $ 3,529.80 |
| Trustee Expenses: Zane L. Zielinski, Trustee | $ 24.70 | $ 0.00 | $ 24.70 |
| Attorney for Trustee Fees: Chuhak & Tecson | $ 7,550.00 | $ 5,115.00 | $ 2,435.00 |
| Attorney for Trustee Expenses: Chuhak & Tecson | $ 82.02 | $ 63.82 | $ 18.20 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P.C. | $ 2,144.77 | $ 0.00 | $ 2,144.77 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P.C. | $ 45.34 | $ 0.00 | $ 45.34 |
| Auctioneer Expenses: American Auction Associates | $ 144.53 | $ 144.53 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses      $ 8,197.81

    Remaining Balance      $ 8,020.48

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 21,559.95 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 37.2 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Jayk"s Building Llc | $ 21,559.95 | $ 0.00 | $ 8,020.48 |

|  |  |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 8,020.48 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE