# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Robert B Gousset, | Bankruptcy : 15-40340 |
| Debtor. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #55)* to be served electronically through the Court's Electronic Notice for Registrants and by U.S. mail on the creditors at the address shown below on July 11, 2017.

Dated: July 15, 2017

**Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **Robert B Gousset,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
  ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

**Registrants**
(Service via ECF)

- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Patrick A Meszaros**    patrickmeszaros@yahoo.com
- **Miriam R. Stein**    mstein@chuhak.com, dgeorge@chuhak.com;vjefferson@chuhak.com
- **Zane L. Zielinski**    trustee@zanezielinski.com, zzielinski@ecf.epiqsystems.com

## MANUAL SERVICE LIST

| **VIA US Mail**<br>Carroll Distributing<br>% Mark Gryska<br>1793 Bloomingdale Rd<br>Glendale Height, Il 60139 | **VIA US Mail**<br>Jayk"s Building Llc<br>1680 Theodore Street<br>Crest Hill, Il 60403 |
|---|---|
| | |
| | |
| | |
| | |