# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Robert B Gousset | § | Case No. 15-40340 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 39,729.93 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 14,020.48 | Claims Discharged Without Payment: 380,398.87 |
| Total Expenses of Administration: 13,777.52 | |

3) Total gross receipts of $ 27,798.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 27,798.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 64,628.77 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 13,777.52 | 13,777.52 | 13,777.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 352,230.63 | 21,559.95 | 21,559.95 | 8,020.48 |
| **TOTAL DISBURSEMENTS** | $ 416,859.40 | $ 41,337.47 | $ 41,337.47 | $ 27,798.00 |

    4) This case was originally filed under chapter 7 on 11/25/2015 . The case was pending for 23 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/02/2017           By:/s/Zane L. Zielinski, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1997 Bmw 325Ic Mileage 110,000 | 1129-000 | 200.00 |
| 2003 Suzuki 650 Motorcycle | 1129-000 | 1,500.00 |
| 2005 Honda Pilot Mileage On Vehicle In Excess Of 150,000. | 1129-000 | 2,500.00 |
| 2013 Mecedes C300 | 1129-000 | 7,300.00 |
| Gousset Industries, Inc Dba Mr. Transmission: Business Owns | 1129-000 | 12,000.00 |
| Preference Claims against Chase | 1241-000 | 4,298.00 |
| **TOTAL GROSS RECEIPTS** | | **$27,798.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bluegreen Vacation Club Bluegreen Resorts Management, Inc. PO Box 630980 Cincinnati, OH 45263-0980 | | 0.00 | NA | NA | 0.00 |
| | Mercedes-Benz Financial Services P.O. Box 17496 Baltimore, MD 21297-1496 | | 14,628.77 | NA | NA | 0.00 |
| | JP Morgan Chase Bank NA | 4210-000 | 50,000.00 | 6,000.00 | 6,000.00 | 6,000.00 |
| **TOTAL SECURED CLAIMS** | | | $ 64,628.77 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 3,529.80 | 3,529.80 | 3,529.80 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 24.70 | 24.70 | 24.70 |
| International Sureties, LTD. | 2300-000 | NA | 5.40 | 5.40 | 5.40 |
| Associated Bank | 2600-000 | NA | 250.96 | 250.96 | 250.96 |
| Chuhak & Tecson | 3110-000 | NA | 2,435.00 | 2,435.00 | 2,435.00 |
| Chuhak & Tecson | 3210-000 | NA | 5,115.00 | 5,115.00 | 5,115.00 |
| Chuhak & Tecson | 3220-000 | NA | 82.02 | 82.02 | 82.02 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Alan D. Lasko & Associates P.C. | 3410-000 | NA | 2,144.77 | 2,144.77 | 2,144.77 |
| Alan D. Lasko & Associates P.C. | 3420-000 | NA | 45.34 | 45.34 | 45.34 |
| American Auction Associates | 3620-000 | NA | 144.53 | 144.53 | 144.53 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 13,777.52 | $ 13,777.52 | $ 13,777.52 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Airgas North Central 2220 West Jefferson Street Joliet, IL 60435 | | 0.00 | NA | NA | 0.00 |
| | Dupage Medical Group 1100 West 31st St. Suite 400 Downers Grove, IL 60545 | | 0.00 | NA | NA | 0.00 |
| | Edwards Hospital & Health Services 801 South Washington Street Naperville, IL 60540-7060 | | 0.00 | NA | NA | 0.00 |
| | Knight Security Alarms P.O. Box 333 New Lenox, IL 60451 | | 0.00 | NA | NA | 0.00 |
| | Moran Industries 4444 147th Street Midlothian, IL 60445 | | 350,000.00 | NA | NA | 0.00 |
| | NCC Nationwide Credit 815 Commerce Dr. Suite 270 Oak Brook, IL 60523 | | 2,230.63 | NA | NA | 0.00 |
| | Safety Kleen 2600 North Central Expressway Suite 400 Richardson, TX 75080 | | 0.00 | NA | NA | 0.00 |
| 1 | Jayk"s Building Llc | 7200-000 | 0.00 | 21,559.95 | 21,559.95 | 8,020.48 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 352,230.63 | $ 21,559.95 | $ 21,559.95 | $ 8,020.48 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-40340 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Robert B Gousset | | | | Date Filed (f) or Converted (c): | 11/25/2015 (f) |
| | | | | | 341(a) Meeting Date: | 12/21/2015 |
| For Period Ending: | 10/03/2017 | | | | Claims Bar Date: | 05/06/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Pnc Bank Checking Account - Proceeds From Sale Of Debtor's P | 10,575.00 | 0.00 | | 0.00 | FA |
| 2. Checking - Chase | 1,644.00 | 0.00 | | 0.00 | FA |
| 3. Business Bank Account | 1,310.00 | 0.00 | | 0.00 | FA |
| 4. Buisness Savings | 1,002.93 | 0.00 | | 0.00 | FA |
| 5. Paypal Account | 492.00 | 0.00 | | 0.00 | FA |
| 6. Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8. 2 Whole Life Policy - Wife And Dependant Son Are Listed As B | 22,105.00 | 0.00 | | 0.00 | FA |
| 9. Brokerage Acct - Ameritrade | 100.00 | 0.00 | | 0.00 | FA |
| 10. Gousset Industries, Inc Dba Mr. Transmission: Business Owns | 0.00 | 12,000.00 | | 12,000.00 | FA |
| 11. 2013 Mecedes C300 | 18,900.00 | 7,300.00 | | 7,300.00 | FA |
| 12. 2005 Honda Pilot Mileage On Vehicle In Excess Of 150,000. | 3,400.00 | 2,500.00 | | 2,500.00 | FA |
| 13. 1997 Bmw 325Ic Mileage 110,000 | 1,366.00 | 200.00 | | 200.00 | FA |
| 14. 2003 Suzuki 650 Motorcycle | 1,000.00 | 1,500.00 | | 1,500.00 | FA |
| 15. Blue Green Vacations Timeshare | 1.00 | 0.00 | | 0.00 | FA |
| 16. Preference Claims against Chase (u) | 0.00 | 4,298.00 | | 4,298.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $64,395.93 | $27,798.00 | | $27,798.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing tax returns.

Initial Projected Date of Final Report (TFR): 01/31/2017    Current Projected Date of Final Report (TFR): 01/31/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-40340 | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|
| Case Name: | Robert B Gousset | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4495 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3397 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/03/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/10/16 | 10 | Jaykay Investments, Inc. Cashier's Check | Sale of Assets Payment | 1129-000 | $12,000.00 | | $12,000.00 |
| 02/11/16 | 11 | Robert Gousset PNC Bank Cashier's check | Payment for Cars | 1129-000 | $2,500.00 | | $14,500.00 |
| 02/23/16 | 5001 | JP Morgan Chase Bank NA Donna M. Latus Special Credits Analyst JPMorgan Chase Bank NA Business Banking Portfolio Management Center PO Box 29550 AZ1-1024 Phoenix AZ 85038 | Secured Claim Payment | 4210-000 | | $6,000.00 | $8,500.00 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.51 | $8,487.49 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.21 | $8,472.28 |
| 04/08/16 | 5002 | Chuhak & Tecson, 30 South Wacker Drive Suite 2600 Chicago, Illinois 60606 | First Interim Fees | | | $5,178.82 | $3,293.46 |
| | | Chuhak & Tecson, | ($5,115.00) | 3210-000 | | | |
| | | Chuhak & Tecson, | ($63.82) | 3220-000 | | | |
| 04/12/16 | | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL | Auctioneer Expenses | | $1,355.47 | | $4,648.93 |
| | | | Gross Receipts          $1,500.00 | | | | |
| | | American Auction Associates 508 West Brittany Drive Arlington Heights, IL 60004 | Auctioneer Expenses    ($144.53) | 3620-000 | | | |
| | 14 | | 2003 Suzuki 650 Motorcycle   $1,500.00 | 1129-000 | | | |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,638.93 |
| | | | Page Subtotals: | | $15,855.47 | $11,216.54 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-40340 | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- |
| Case Name: | Robert B Gousset | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4495 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3397 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/03/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,628.93 |
| 07/07/16 | 16 | JP Morgan chase 1111 Polaris Parkway, Floor 1N Columbus, OH 43240 | Preference Settlement Settlement with JP Morgan Chase | 1241-000 | $4,298.00 | | $8,926.93 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $8,916.93 |
| 07/20/16 | 12 | Robert Gousset | Sale of Assets Payment | 1129-000 | $2,500.00 | | $11,416.93 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.86 | $11,404.07 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.95 | $11,387.12 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.38 | $11,370.74 |
| 10/11/16 | 13 | Robert Gousset | Payment for Cars | 1129-000 | $200.00 | | $11,570.74 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.11 | $11,553.63 |
| 11/14/16 | 11 | Robert Gousset | Settlement Paymen | 1129-000 | $200.00 | | $11,753.63 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.78 | $11,736.85 |
| 01/03/17 | 11 | Robert Gousset 2401 Madera Lane Naperville, IL 60565 | Payment for Car | 1129-000 | $200.00 | | $11,936.85 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.45 | $11,919.40 |
| | | | Page Subtotals: | | $7,398.00 | $117.53 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-40340 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Robert B Gousset | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4495 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3397 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/03/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.68 | $11,901.72 |
| 02/28/17 | 5003 | International Sureties, LTD.<br>Suite 420<br>701 Pydras Street<br>New Orleans, LA 70139 | 2017 Bond Payment | 2300-000 | | $5.40 | $11,896.32 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.98 | $11,880.34 |
| 03/20/17 | 11 | Robert B. Gousset<br>2401 Madera Lane<br>Naperville, IL 60565 | Settlement Payment | 1129-000 | $440.00 | | $12,320.34 |
| 04/06/17 | 11 | Robert Gousset<br>2401 Madera Lane<br>Naperville, IL 60565-8873 | Settlement Payment | 1129-000 | $2,500.00 | | $14,820.34 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.87 | $14,802.47 |
| 04/14/17 | 11 | Robert Gousset<br>2401 Madera Lane<br>Naperville, IL 60565-8873 | Settlement Payment | 1129-000 | $500.00 | | $15,302.47 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.91 | $15,281.56 |
| 05/08/17 | 11 | Robert Gousset<br>2401 Madera LN<br>Naperville, IL 60565-8873 | Final Payment | 1129-000 | $500.00 | | $15,781.56 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.27 | $15,758.29 |
| 06/19/17 | 11 | Robert Goussett | Settlement Payment | 1129-000 | $460.00 | | $16,218.29 |
| 08/04/17 | 5004 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $3,554.50 | $12,663.79 |

Page Subtotals: $4,400.00  $3,655.61

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-40340 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Robert B Gousset | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4495 |
| | Checking |
| Taxpayer ID No: XX-XXX3397 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/03/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($3,529.80) 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($24.70) 2200-000 | | | |
| 08/04/17 | 5005 | Chuhak & Tecson<br>30 South Wacker Drive Suite 2600<br>Chicago, Illinois 60606 | Distribution | | | $2,453.20 | $10,210.59 |
| | | Chuhak & Tecson | Final distribution representing a payment of 100.00 % per court order. | ($2,435.00) 3110-000 | | | |
| | | Chuhak & Tecson | Final distribution representing a payment of 100.00 % per court order. | ($18.20) 3220-000 | | | |
| 08/04/17 | 5006 | Alan D. Lasko & Associates P.C. | Distribution | | | $2,190.11 | $8,020.48 |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. | ($2,144.77) 3410-000 | | | |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. | ($45.34) 3420-000 | | | |
| 08/04/17 | 5007 | Jayk"s Building Llc<br>1680 Theodore Street<br>Crest Hill, Il 60403 | Final distribution to claim 1 representing a payment of 37.20 % per court order. | 7200-000 | | $8,020.48 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $27,653.47 | $27,653.47 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $27,653.47 | $27,653.47 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $27,653.47 | $27,653.47 |

Page Subtotals: $0.00 $12,663.79

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4495 - Checking | $27,653.47 | $27,653.47 | $0.00 |
|  | $27,653.47 | $27,653.47 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $144.53 |
| Total Net Deposits: | $27,653.47 |
| Total Gross Receipts: | $27,798.00 |

Page Subtotals:                 $0.00         $0.00